## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ANGEL FRANCO ROMERO,

    Petitioner,

    v.

ANTONE MONIZ, et. al,

    Respondents.

Civil Action No. 1:26-cv-11662-NMG

## MOTION TO DISMISS WITHOUT PREJUDICE

Respondents respectfully move this Court to dismiss the Petition for Writ of Habeas Corpus (ECF No. 1) due to a material change in circumstances. On May 11, 2026, the Petitioner accepted an order of removal by the Immigration Judge and waived appeal. *See* Exhibit 1, Order of the Immigration Judge. The Petitioner is now being detained under 8 U.S.C. § 1231. Per agency counsel for Immigration and Customs Enforcement, the Petitioner is to be removed as soon as this Court allows and lifts the Stay of Transfer or Removal. ECF No. 4. As such, the Respondents respectfully request the Petition be dismissed.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: June 8, 2026

By:    */s/ Vincent Engingro III*
Vincent Engingro III
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100
Email: Vincent.engingro@usdoj.gov

Motion allowed. NMGorton, SUSDJ 07/02/2026